# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | No. 2:06-cr-103-DBH |
| | ) | |
| NORMAN HOWARD, | ) | |
| DEFENDANT | ) | |

## ORDER ON DEFENDANT'S MOTION TO REDUCE SENTENCE

Treating the defendant's letter dated May 25, 2011 (docketed on June 9, 2011), as a motion to reduce sentence, the motion is **DENIED**. I have no authority or jurisdiction to make this requested alteration of a sentence previously imposed.

**SO ORDERED.**

**DATED THIS 10TH DAY OF JUNE, 2011**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**